In the Matter of JUSTIN F. BOUYEA, an Attorney. [19 NYS3d 922]—

Per Curiam. Justin F. Bouyea was admitted to practice by this Court in 2014 and, until May 2015, he was an associate in a law firm in the City of Plattsburgh, Clinton County.

Bouyea is the subject of an investigation by the Committee on Professional Standards and, by affidavit sworn to October 19, 2015, he tendered his resignation from the bar in substantial compliance with the rules of this Court (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.8). We accept Bouyea's disciplinary resignation, which the Committee advises it does not oppose, and, in accordance with our rules, order his disbarment from the practice of law (*see* Rules of App Div, 3d Dept [22 NYCRR] § 806.8 [b]). In his affidavit, Bouyea acknowledges that he cannot provide any defense to the allegation that he made certain misrepresentations of fact to Supreme Court (McGill, J.) concerning his purported service of various discovery demands upon opposing counsel in an ongoing matrimonial matter.

Lahtinen, J.P., McCarthy, Garry, Rose and Devine, JJ., concur. Ordered that Justin F. Bouyea's resignation application is accepted; and it is further ordered that Justin F. Bouyea is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further ordered that Justin F. Bouyea is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of

another; and Bouyea is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further ordered that Justin F. Bouyea shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (see Rules of App Div, 3d Dept [22 NYCRR] § 806.9).